442

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAN T. SLAUGHTER, Defendant-Appellant.

(No. 74-87;

Second District (2nd Division)—December 18, 1974.

Opinion by Mr. JUSTICE T. MORAN.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.

THE CITY OF PARK CITY, Plaintiff-Appellee, *v.* HY BROSTEN, d/b/a HY-WAY SALES, Defendant-Contemnor-Appellant.

(No. 73-352;

Second District—December 12, 1974.

*Rehearing denied January 8, 1975.*